# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0740
L.T. Case No. 2023-CA-034205

_____

SANDRA S. RODRIGUEZ,

Appellant,

v.

TANIA CHEMERYS,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
George Thomas Paulk, II, Judge.

Stephen Joseph Biggie, Melbourne, for Appellant.

Michael S. Minot, Cocoa, for Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS , and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____